**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.

JERRY AND MICHELLE BERGESON,

Plaintiffs,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

Defendant.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332(a), 1441, and 1446, defendant State Farm Fire and Casualty Company ("State Farm"), by and through its undersigned counsel Messner Reeves LLP, files this Notice of Removal of the above-captioned action from the District Court for the City and County of Denver, Colorado (the "Denver District Court") to the U.S. District Court for the District of Colorado.

Federal diversity jurisdiction exists under 28 U.S.C. § 1332(a) because of a complete diversity of citizenship between plaintiffs Jerry and Michelle Bergeson, on the one hand, and the defendant State Farm, on the other, and because the amount in controversy exceeds $75,000, exclusive of interest and costs. State Farm states the following grounds for removal:

### I. INTRODUCTION

1. On August 7, 2019, plaintiffs filed this lawsuit in the Denver District Court, Case Number 2019CV31219. A copy of plaintiffs' Complaint is attached hereto as **Exhibit**

**A**. A copy of the Civil Case Cover Sheet that plaintiffs filed with the Complaint is attached hereto as **Exhibit B**.

2. State Farm was served with the Complaint on August 14, 2019. A copy of the Affidavit of Corporate Service on State Farm is attached hereto as **Exhibit C**.

3. State Farm's Notice of Removal is filed within the time limits of 28 U.S.C. § 1446(b)(3) as it is filed on or before September 13, 2019, or within thirty days of State Farm's notice of the Complaint by personal service on August 14, 2019.

4. State Farm will file its answer to the Complaint by September 5, 2019, with the agreement of plaintiff counsel.

5. Pursuant to 28 U.S.C. § 1446(d), a copy of this notice of removal is being contemporaneously filed with the clerk of the District Court for Jefferson County, Colorado, and a copy has been served on plaintiffs as indicated in the below certificate of service. A copy of the notice to the Jefferson County District Court is attached hereto as **Exhibit D**.

6. Pursuant to 28 U.S.C. § 1441, the U.S. District Court for the District of Colorado is the appropriate court for removal of this action because it embraces the Jefferson County District Court, where this action is pending.

## II. DIVERSITY OF CITIZENSHIP EXISTS

7. Plaintiffs reside in Jefferson County, in the State of Colorado. **Exhibit A** at ¶ 1. Plaintiffs' Complaint indicates plaintiffs' their address and the relevant insured premises is located at 10965 West 66th Avenue, Arvada, Colorado, 80004. **Exhibit A** at ¶5. Plaintiffs are therefore Colorado citizens for purposes of diversity jurisdiction.

8. State Farm is and was at the commencement of this action an Illinois corporation with its principal place of business in Illinois. As a result, for purposes of diversity jurisdiction,

State Farm is a citizen of Illinois. *See* Secretary of State of the State of Colorado Statement of Change attached hereto as **Exhibit E** indicating that State Farm is an Illinois Foreign Corporation with its principal office in Bloomington, Illinois, with a registered agent in Greeley, Colorado, to accept service of process on its behalf.

9. In sum, for purposes of diversity jurisdiction, plaintiff is a citizen of Colorado, and State Farm is a citizen of Illinois. As such, complete diversity of citizenship exists between the parties.

### Ill. THE AMOUNT IN CONTROVERSY EXCEEDS $75,000

10. A federal court has diversity jurisdiction when there is complete diversity of citizenship among the parties and the amount in controversy, exclusive of interest and costs, exceeds $75,000.00. *Stuart v. Colo. Interstate Gas Co.,* 271 F.3d 1221, 1224 (10th Cir. 2001). The Colorado state court civil cover sheet is sufficient to establish that the amount in controversy exceeds the jurisdictional amount when plaintiffs or their attorneys represent the amount at issue exceeds $100,000. *See Paros Props. LLC v. Colo. Cas. Ins. Co.*, 835 F.3d 1264, 1272-73 (10th Cir. 2016).

11. Here, plaintiffs' counsel indicated on the civil cover sheet filed with the Complaint that plaintiffs' seek to recover an amount in excess of $100,000 from another party, exclusive of interest and costs, which is sufficient by itself to establish the amount in controversy for purposes of diversity jurisdiction. **Exhibit B** at 1; *Paros Props.*, 835 F.3d at 1272-73.

12. Thus, the amount in controversy, exclusive of interest and costs, exceeds $75,000.00.

13. This court therefore has diversity jurisdiction under 28 U.S.C. § 1332(a).

14. Pursuant to D.C.COLO.LCivR 81.1, a copy of the register of actions in the Jefferson County District Court is attached hereto as **Exhibit F**.

15. Additionally, copies of all process and pleadings are attached and filed with this notice, including:

- Plaintiffs' Complaint, attached as **Exhibit A**;
- Plaintiffs' District Court Civil Case Cover Sheet, attached as **Exhibit B**;
- Plaintiffs' Affidavit of Corporate Service on State Farm, attached as **Exhibit C**;
- Notice of Removal filed in the Denver District Court, attached as **Exhibit D**;
- Secretary of State of Colorado Documents for State Farm, attached hereto as **Exhibit E**; and
- Register of Actions, attached hereto as **Exhibit F**.

## IV. CONCLUSION

Based on the foregoing, State Farm has demonstrated that removal of this matter to the U.S. District Court for the District of Colorado is proper because complete diversity of citizenship exists between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

State Farm states that no waiver and no admission of fact, law, or liability, including without limitation the amount of damages, if any, is intended by this Notice of Removal, and all defenses, affirmative defenses, and rights are hereby reserved.

WHEREFORE, the defendant State Farm respectfully requests that the U.S. District Court for the District of Colorado assume jurisdiction of this case and issue such further orders and processes as may be necessary.

Dated this 4th day of September, 2019.

MESSNER REEVES LLP

*/s/ Heather A. Salg*
Heather A. Salg
Lara L. Miller
MESSNER REEVES LLP
7935 East Prentice Avenue, Suite 312
Greenwood Village, Colorado 80111
Phone: 303.623.1800 Fax:     303.623.0552
Email: hsalg@messner.com
         lmiller@messner.com

*Attorneys for Defendant State Farm Fire and Casualty Company*

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2019 a true and correct copy of the foregoing **DEFENDANT STATE FARM FIRE & CASUALTY COMPANY'S NOTICE OF REMOVAL** was filed via the ECF, which will caused electronic service to be made on the following:

David M. Roth, Esq.
Jennifer A. Milne, Esq.
Roth Milne, Esq.
950 South Cherry Street, Suite 416
Denver, CO 80246
E-Mail: david@randmlaw.com
jennifer@randmlaw.com

*/s/ Jeanine A. Montoya*
Jeanine A. Montoya